IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE SUSAN DIAN BECKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3372 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing nos. 72 and 73, in which the defendants, with the plaintiff's approval, seek to withdraw certain documents and substitute the same documents but with social security numbers and other confidential information redacted. The documents in question are attachments to filing no. 66, the Defendants' Index of Evidence in Support of Motion for Summary Judgment (the "Index"). For the purpose of compliance with the E-Government Act, filing nos. 72 and 73 are granted, and the defendant and the Clerk of Court shall take the following measures:

    1.    The Clerk of Court shall immediately *strike* the Index (filing no. 66) and shall *delete* all of the documents attached to filing no. 66;

    2.    By no later than July 20, 2005, the defendants shall re-file the same Index as a new document, together with a complete set of attachments, and the attachments shall be the same as those previously attached to filing no. 66, except that the social security numbers and other private information shall be properly redacted.

    SO ORDERED.

    DATED this 13th day of July, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge