IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE SUSAN DIAN BECKER,            )<br>                                                                )<br>             Plaintiff,                                 )<br>                                                                )           4:03cv3372<br>      vs.                                                     )<br>                                                                )           SCHEDULING ORDER<br>UNION PACIFIC CORPORATION,      )<br>                                                                )<br>             Defendant.                            ) | |

**IT IS ORDERED:**

1. A hearing, on the record, will be held before the undersigned magistrate judge, on **Thursday, September 8, 2005 at 2:30 p.m.,** in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska, on the following motions:

   #61   Second Motion to Compel Production of Discovery
   #62   Second Motion to Compel Discovery-Exhibits
   #63   Motion to Extend Discovery Deadline
   #69   Motion to Quash and for Protective Order
   #70   Motion for Leave to File Motion Under Seal
   #71   Amended Motion to Extend Discovery Deadline
   #77   Defendants' Motion to Extend Deadline for Responding to Plaintiff's Final Motion to Compel (#61)
   #78   Motion for Leave to File Amended Motion to Extend Discovery Deadline
   #79   Motion to Withdraw Pleading
   #82   Motion to Extend Deadline for Responding to Defendant's Motion for Summary Judgment (#64)

2. Parties who wish to participate by telephone should notify chambers at least one day in advance of the hearing, at (402) 661-7340.

Dated this 25th day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge