IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE SUSAN DIAN BECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:03CV3372 |
| ) | |
| UNION PACIFIC CORPORATION, and ) | ORDER |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendants. ) | |

Upon the oral request of the plaintiff, agreement by defense counsel, and for good cause shown,

**IT IS ORDERED:**

1. The hearing now scheduled for September 14, 2005 on the following motions:

   #61   Second Motion to Compel Production of Discovery
   #62   Second Motion to Compel Discovery-Exhibits
   #63   Motion to Extend Discovery Deadline
   #69   Motion to Quash and for Protective Order
   #70   Motion for Leave to File Motion Under Seal
   #71   Amended Motion to Extend Discovery Deadline
   #77   Defendants' Motion to Extend Deadline for Responding to Plaintiff's Final Motion to Compel (#61)
   #78   Motion for Leave to File Amended Motion to Extend Discovery Deadline
   #79   Motion to Withdraw Pleading
   #82   Motion to Extend Deadline for Responding to Defendant's Motion for Summary Judgment (#64)

is continued to **Friday, October 7, 2005 at 3:00 p.m.** in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska

2. Parties who wish to participate by telephone should notify chambers at least one day in advance of the hearing, at (402) 661-7340.

**DATED September 14, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge