IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE SUSAN DIAN BECKER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC CORPORATION and<br>UNION PACIFIC RAILROAD<br>COMPANY,<br><br>    Defendant. | 4:03cv3372<br><br>ORDER |

This matter came before the court for a hearing on pending motions. In the interest of justice, the court finds that this matter should be continued.

**IT IS ORDERED:**

1. A status conference and progression hearing is set for **November 14, 2005 at 3:00 p.m.,** before the undersigned magistrate judge.

2. All pending deadline dates are stayed until further order of the court.

3. The November 7, 2005 final pretrial conference and the November 14, 2005 jury trial are continued until further order of the court.

Dated this 7th day of October 2005.

        BY THE COURT:

        S/ F.A. Gossett
        United States Magistrate Judge