IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE SUSAN DIAN BECKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3372 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 90, the Motion of Plaintiff to Dismiss Without Prejudice, filed by the plaintiff, Katherine Susan Dian Becker. The plaintiff states that the defendants have no objection to the motion. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), filing no. 90 is granted, and this litigation is dismissed without prejudice, subject to any limitations imposed by applicable law. All other pending motions (filing nos. 61, 62, 63, 64, 69, 70, 71, 77, 78, 79, 82) are denied as moot. A separate judgment will be entered accordingly.

    SO ORDERED.

December 6, 2005.                    BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge